hrgobj (04/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

---

In Re:

   Tri−State Financial, LLC                 Bankruptcy Proceeding No.  08−83016−TJM
                                                       Chapter  11

   Debtor(s)

                                                       Judge:  Timothy J. Mahoney

---

### NOTICE SETTING OBJECTION / RESISTANCE DEADLINE AND HEARING DATE

    Upon the filing of a Emergency Motion for Order Authorizing Chapter 11 Trustee to Enter Into Insurance Premiums Finance Agreement and Obtain Secured Post−Petition Financing Filed by Centris Federal Credit Union.

    The last day to object or resist the above pleading is **April 24, 2009**, resistance shall comply with Neb. R. Bankr. P. 9013.

    Movant (*) shall give **immediate** notice of the last day to object or resist and a copy of this notice to all parties of interest (that are not listed below) if required by rule or statute and file certificate of service with the Bankruptcy Court 5 days before the last day to object or resist.

    If the objection period expires without the filing of any objection/resistance, the court will consider entering an order granting the relief sought without further hearing.

    If an objection or resistance is properly and timely filed, a hearing will be held **April 27, 2009 at 10:00 AM** in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE 68102 . <u>Parties may participate by telephone.</u>

    Affidavit evidence shall be submitted to the court and opposing counsel by **4/27/2009 by 9 AM**.

    If a need for the use of equipment for the hearing impaired exists, please notify the courtroom department prior to the scheduled hearing.

    Dated:  4/22/09

                                                             Diane Zech
                                                             Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.