hrgobj (04/06)

### UNITED STATES BANKRUPTCY COURT
### District of Nebraska
### 111 South 18th Plaza
### Suite 1125
### Omaha, NE 68102

---

In Re:

    Tri–State Financial, LLC

    Debtor(s)

Bankruptcy Proceeding No.  08–83016–TJM
Chapter  11

Judge:  Timothy J. Mahoney

---

## NOTICE SETTING OBJECTION / RESISTANCE DEADLINE AND HEARING DATE

Upon the filing of a [150] Amended Motion to Borrow Money by Trustee Pursuant to 364(c)(1) Filed by Linda L. Klaasmeyer.

The last day to object or resist the above pleading is **May 1, 2009**, resistance shall comply with Neb. R. Bankr. P. 9013.

Movant (*) shall give **immediate** notice of the last day to object or resist and a copy of this notice to all parties of interest (that are not listed below) if required by rule or statute and file certificate of service with the Bankruptcy Court 5 days before the last day to object or resist.

If the objection period expires without the filing of any objection/resistance, the court will consider entering an order granting the relief sought without further hearing.

If an objection or resistance is properly and timely filed, a hearing will be held **May 4, 2009 at 01:30 PM** in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE 68102 . Parties may participate by telephone.

Affidavit evidence shall be submitted to the court and opposing counsel by **5/4/2009 by 9:00 AM**.

If a need for the use of equipment for the hearing impaired exists, please notify the courtroom department prior to the scheduled hearing.

Dated:  4/29/09

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.
*James Cavanagh