UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | Case No. BK08-83016 |
| ) | |
| TRI-STATE FINANCIAL, LLC, ) | Chapter 11 |
| d/b/a NORTH COUNTRY ETHANOL ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010, I sent a copy of the Court's Order Approving Bidding Procedures and Form Purchase Agreement, and the Notice of Hearing, auction and Bid Procedures, via Regular Mail to the following individuals or entities at the following addresses:

South Dakota Dept. of Revenue & Regulation
Anderson Building
445 East Capitol Avenue
Pierre, SD  57501-3185

Christianson and Associates
302 5th St. SW
Wilmar, MN  56201

Mr. Kenneth Junkert
North Dakota Dept. of Agriculture
600 E. Blvd. 602 State Capitol
Bismarck, ND  58505-0020

Ottertail Power Company
P.O. Box 496
215 S. Cascade St.
Fergus Fall, MN  56538

Great Plains Natural Gas
105 W. Lincoln Ave.
Fergus Falls, MN  56637

Aux Sable
6155 E. US Route 6
Morris, IL  60450

Natural Resource Group, LLC
1000 IDS Center 80 South 8th St.
Minneapolis, MN  55402

Tenaska Bio Fuels
11718 Nicholas St.
Omaha, NE  68154

Fremont Industries
4700 Valley Industrial Blvd. S
Shakopee, MN  55379

Innovated Concepts of Ethanol, Inc.
4890 Nichols RD
Mason, MI  48854
Attention:  Jim Zook

Interpoll Laboratories
4500 Ball Rd. NE
Circle Pines, MN  55014

/s/ John D. Stalnaker
John D. Stalnaker