# EXHIBIT 1

## SALES OF ETHANOL PLANTS WITHIN PAST YEAR

| Sale Date | Seller | Plant Location | Price/Gal. | Cash | Debt | Plant Size (million gallons per year) | Buyer | Ftnt |
|---|---|---|---|---|---|---|---|---|
| 2/22/2011 | Hawkeye Renewables | Iowa Falls, IA | $1.20 - $1.30 | $132M - $143M | $0 | 110 | Flint Hills Resources | 1 |
| 2/22/2011 | Hawkeye Renewables | Fairbanks, IA | $1.20 - $1.30 | $132M - $143M | $0 | 110 | Flint Hills Resources | 1 |
| 2/17/2011 | Otter Tail Ag Ent. | Fergus Falls, MN | $1.00 | Unknown | Unknown | 55 | Green Plains Renewables | |
| 10/22/2010 | Global Ethanol | Lakota, IA | $0.94 | $31.3M | $63.2M | 100 | Green Plains Renewables | 2 |
| 10/22/2010 | Global Ethanol | Riga, MI | $0.94 | $17.6M | $35.5M | 57 | Green Plains Renewables | 2 |
| 9/22/2010 | Agri-Energy | Luverne, MN | $1.15 | $20.685M | $0 | 18 | Gevo | |

Footnotes:

1 - Sale price based on information from parties involved and outside consultants. Sales price is not public information.

2 - Total sale price of $147.6 Million for both plants, $98.7 of which was debt. Cash and debt amounts are divided between the two plants based on number of gallons produced annually.

**EXHIBIT 1**