

**Western Plains Energy, LLC**

3022 County Road 18
Oakley, Kansas 67748
(785) 672-8810
Fax: (785) 672-4494

August 5, 2011

Via E-mail to t.stalnaker@sbbpc.com
Thomas Stalnaker, Esq.
Stalnaker, Becker & Buresh, P.C.
1111 North 102nd Street, Suite 330
Omaha, NE  68114-2194

Re:  In re: Tri-State Financial, LLC, d/b/a North Country Ethanol, Debtor,
Case No. BK08-83016, United States Bankruptcy Court for the District of
Nebraska

Dear Mr. Stalnaker:

Western Plains Energy, L.L.C. ("WPE") is an ethanol company located in Gove County, Kansas, with an operating history of approximately 7 years. With the assistance of an industry participant, we recently became aware of the pending bankruptcy involving Tri-State Financial and your efforts to complete a sale and to close the bankruptcy estate. With the assistance of that industry participant, we have conducted very preliminary diligence on the plant. The purpose of this letter is threefold: first, to alert you to our interest in purchasing the plant; second, to request your assistance in obtaining information necessary to complete our diligence; and third, to request a reasonable amount of time to complete our diligence with a view toward making an offer for the plant in the near future.

Based on our brief review of the court papers filed in the case, we understand that the bankruptcy case has been pending since November 2008. We also understand that your recent efforts to sell the plant in order to close the estate were unsuccessful. With that background in mind, we understand that you are anxious to complete a sale. However, we respectfully suggest that the slight delay occasioned by our request for additional time could significantly benefit the estate and the creditors.

Based on the information which we presently possess, obviously subject to additional diligence, we intend to make an offer to purchase the assets of the estate free and clear of liens and encumbrances which we believe will be extremely competitive. Such an offer

Thomas Stalnaker
August 5, 2011
Page 2

would not be subject to any financing contingency. However, we do need additional time and access to the information necessary to complete at least preliminary diligence.

We would be happy to discuss with you the particulars of our request at your convenience. I will have representatives of our law firm, Dufford & Brown, P.C. of Denver, Colorado, contact you to make those arrangements. In view of what we understand are the exigencies of time, we suggest that process commence on Monday, August 8, 2011.

In the event you have any immediate questions or comments, I would suggest that you contact our attorneys directly. Our representatives are David J. Babiarz, dbabiarz@duffordbrown.com, (303) 837-6325, and John Heronimus, jheronimus@duffordbrown.com, (303) 837-6304.

We look forward to your response.

Sincerely,

Western Plains Energy, L.L.C.

By: *[signature: Ben Dickman]*
Ben Dickman, Secretary

cc:  Robert J. Becker, Esq., r.becker@sbbpc.com
     Jerrold L. Strasheim, Esq., jls@strasheimlaw.com
     Jerry Jensen, U.S. Trustee, Jerry.l.jensen@usdoj.gov
     Martin P. Pelster, Esq., mppelster@crokerlaw.com
     Eric Newlan, Esq. eric@newlan.com
     David J. Babiarz, Esq., dbabiarz@duffordbrown.com

{00436152.1}