IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO. BK08-83016 |
| ) | CHAPTER 11 |
| TRI-STATE FINANCIAL, LLC, ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the Affidavit of Jack Carlisle in Support of Motion to Sell Free and Clear was filed on the 18th day of August, 2011, using this Court's CM/ECF electronic filing system which sent electronic notification to all parties who have requested notice via the CM/ECF system.

IT IS HEREBY FURTHER CERTIFIED a true and correct copy of the attached was sent via United States Mail, postage prepaid on the 18th day of August, 2011 to the following:

**James B. Cavanagh**
Lieben, Whitted, Houghton, Slowiaczek
2027 Dodge Street, Suite 100
Omaha, NE 68102

**Emmett D. Childers**
Hillman, Forman, Nelson, Childers
7171 Mercy Road, Suite 650
Omaha, NE 68106

**C. Jan Headley**
C. Jan Headley Attorney at Law
10828 Old Mill Rd, Suite 6
Omaha, NE 68154

**Larry A. Jobeun**
Fullenkamp Doyle & Jobeun
11440 West Center Road
Omaha, NE 68144

**R. J. Shortridge**
Perry, Guthery, Haase & Gessford PC, LLO
233 So 13th Street, Suite 1400
Lincoln, NE 68508

RED RIVER ENERGY, LLC

By: /s/ Mark J. LaPuzza
Mark J. LaPuzza #22677
Pansing Hogan Ernst Bachman LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
(402) 397-5500
Fax : (402) 397-4853
Email: mjlbr@pheblaw.com
ITS ATTORNEY